CATHERINE E. MATTHEWS, PLAINTIFF-APPELLANT, v. MONMOUTH MEMORIAL HOSPITAL, DEFENDANT-RESPONDENT.

Submitted October 29, 1943—Decided April 20, 1944.

For the plaintiff-appellant, *Robert H. Maida*.

For the defendant-respondent, *Collins & Corbin*.

PER CURIAM.

The judgment in favor of the defendant, Monmouth Memorial Hospital, is affirmed, for the reasons expressed in the opinion of this court in the case of *Kolb* v. *Monmouth Memorial Hospital*, 116 *N. J. L.* 118.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 16

*For reversal*—None.